# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ROY LEE TOLSTON**  **PLAINTIFF**
**ADC #100277**

v.  No. 4:24-cv-362-DPM

**DEXTER PAYNE**  **DEFENDANT**

## ORDER

Motion for extension, *Doc. 6*, granted. Tolston's objections to the Proposed Findings and Recommendations due by 1 July 2024.

So Ordered.

*/s/ DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

<u>31 May 2024</u>