# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ROY LEE TOLSTON**  PETITIONER
**ADC #100277**

v. No. 4:24-cv-362-DPM

**DEXTER PAYNE** RESPONDENT

## ORDER

On *de novo* review, the Court adopts the recommendation, *Doc. 5*, and overrules Tolston's objections, *Doc. 8*. Fed. R. Civ. P. 72(b)(3). Tolston's petition will be dismissed with prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)-(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 August 2024