IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROY LEE TOLSTON                                                    PETITIONER
ADC #100277

v.                            No. 4:24-cv-362-DPM

DEXTER PAYNE                                                       RESPONDENT

## JUDGMENT

Tolston's petition is dismissed with prejudice.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 August 2024