**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ROY LEE TOLSTON**                                                     **PETITIONER**
**ADC #100277**

**v.**                                    **No. 4:24-cv-362-DPM**

**DEXTER PAYNE**
                                                                         **RESPONDENT**

## ORDER

Tolston's Rule 60 motion, *Doc. 11*, is denied.  He waited too long to file his habeas petition.  The *Martinez* exception doesn't apply. *Lombardo v. United States*, 860 F.3d 547, 558 (7th Cir. 2017); *Arthur v. Thomas*, 739 F.3d 611, 630-31 (11th Cir. 2014).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

<u>14 April 2025</u>